Margaret A. Elder (SBN 177424)
Chandra Gehri Spencer (SBN 184010)
ELDER & SPENCER, LLP
17011 Beach Bd., Suite 900
Huntington Beach, CA 92647

Tel:   (213) 631-8331
Fax:   (888) 422-8027
E-mail: info@elderspencer.com

Attorneys for Plaintiff

# JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI MORRIS, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JAGDISH VARMA, individually, and as Trustee of the VARMA FAMILYTRUST,<br><br>                    Defendants. | Case No: EDCV-14-01389-JGB-DTB<br><br>**ORDER OF DISMISSAL [FRCP 41(A)]** |

TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:

Based on the request of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: August 26, 2015

_____

Jesus G. Bernal
Judge of the United States District Court